IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RACHEL J. EVENS,<br><br>             Plaintiff,<br><br>vs.<br><br>HEIDI LINNGREN,<br><br>             Defendant. | CV 20-172-M-DWM<br><br>JUDGMENT |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed.

Dated this 5th day of April, 2021.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk